Frederick O. Graves, of Washington, D. C. (Miller & Chevalier, of Washington, D. C., on the briefs), for plaintiff.

Guy Patten, of Washington, D. C., and James W. Morris, Asst. Atty. Gen. (Robert H. Jackson, Asst. Atty. Gen., and Robert N. Anderson and Fred K. Dyar, both of Washington, D. C., on the briefs), for the United States.

Before BOOTH, Chief Justice, and GREEN, LITTLETON, WILLIAMS, and WHALEY, Judges.

PER CURIAM.

The essential facts in this case for all practical purposes are similar to the facts involved in the case of McMillan, Trustee, v. United States (Ct.Cl.) 18 F.Supp. 853, this day decided by the court. The issues and the questions of law involved are precisely the same. Under the decision in the McMillan Case the plaintiff is not entitled to recover. The petition is therefore dismissed.

## HOOVER et al. v. UNITED STATES.
### No. 42841.

Court of Claims.
April 5, 1937.

862

PER CURIAM.

The essential facts in this case for all practical purposes are similar to the facts involved in the case of McMillan, Trustee, v. United States (Ct.Cl.) 18 F.Supp. 853, this day decided by the court. The issues and the questions of law involved are precisely the same. Under the decision in the McMillan Case the plaintiffs are not entitled to recover. The petition is therefore dismissed.

## DELIZ v. REXROAD, Acting Warden.
### No. 92.

District Court, M. D. Pennsylvania.
April 5, 1937.

Petitioner, in pro per.

Herman F. Reich, Asst. U. S. Atty., of Sunbury, Pa., for respondent.

Frederick O. Graves, of Washington, D. C. (Miller & Chevalier, of Washington, D. C., on the briefs), for plaintiff.

Guy Patten, of Washington, D. C., and James W. Morris, Asst. Atty. Gen. (Robert H. Jackson, Asst. Atty. Gen., and Robert N. Anderson and Fred K. Dyar, both of Washington, D. C., on the briefs), for the United States.

Before BOOTH, Chief Justice, and GREEN, LITTLETON, WILLIAMS, and WHALEY, Judges.